IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| AMERICAN COVERS, a Utah corporation<br><br>Plaintiff,<br><br>vs.<br><br>ROK IMPORTS, a New York corporation,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING MOTION FOR EXTENSION OF TIME<br><br><br><br>Case No. 2:12-CV-279 TS |

This matter is before the Court for consideration of a letter from Robert Kreisner, President of Defendant Rok Imports, which seeks additional time to respond to Plaintiff's Complaint. Plaintiff has not responded to Mr. Kreisner's letter.

As an initial matter, the Court notes that a corporation may not appear "through a non-attorney corporate officer appearing *pro se*."[1] Rather, "a corporation can appear in a court of record only by an attorney at law."[2] Thus, even though Mr. Kreisner is the President of Rok Imports, he may not represent that entity in this proceeding.

---

[1] *Harrison v. Wahatoyas, L.L.C.*, 253 F.3d 552, 556 (10th Cir. 2001).

[2] *Flora Const. Co. v. Fireman's Fund Ins. Co.*, 307 F.2d 413, 414 (10th Cir. 1962).

1

Nevertheless, because the request for an extension of time has not been opposed,[3] it will be granted. It is therefore

ORDERED that Defendant's Motion for Extension of Time (Docket No. 16) is GRANTED. Defendant Rok Imports shall have until December 17, 2012, to retain counsel and respond to Plaintiff's Complaint. Failure to do so may result in sanctions up to and including default judgment.

The Clerk of the Court is directed to mail a copy of this Order to Mr. Kreisner at the address listed in his letter (Docket No. 16).

DATED   November 6, 2012.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[3] *See* DUCivR 7-1(d) ("Failure to respond timely to a motion may result in the court's granting the motion without further notice.").